```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

FREDERICK HEDGESPETH,           :
                                :
            Petitioner,         :    Civil No. 11-5705 (FSH)
                                :
       v.                       :    **OPINION**
                                :
CHARLES WARREN, et al.,         :
                                :
            Respondents.        :

   IT APPEARING THAT:

1. On February 16, 2012, this Court ordered Petitioner to show cause in writing why his habeas petition should not be dismissed as time-barred. (Docket entry nos. 5, 6.)

2. Petitioner responded, but did not provide this Court any facts to indicate that the Petition was filed within the one-year limitations period under 28 U.S.C. § 2244(d)(2) or that the Petition can overcome the statutory time-bar due to equitable tolling.

3. The Petition appears to be time-barred. Accordingly, the Petition will be dismissed. The Court will enter an appropriate order and judgment.


                                    s/ Faith S. Hochberg
                                    Faith S. Hochberg
                                    United States District Judge

Dated: August 28, 2012